Kevin J. McInerney, Esq. (46941)
kevin@mcinerneylaw.net
Kelly McInerney, Esq. (200017)
kelly@mcinerneylaw.net
Charles A. Jones, Esq. (224915)
caj@mcinerneylaw.net
McINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Telephone: (775) 849-3811
Facsimile: (775) 849-3866

James F. Clapp, Esq. (145814)
jclapp@sdlaw.com
Zachariah P. Dostart, Esq. (255071)
zdostart@sdlaw.com
DOSTART CLAPP & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
Telephone: (858) 623-4200
Facsimile: (858) 623-4299

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EDWARD BRODERICK,**<br>Plaintiff,<br>v.<br>**WELLS FARGO BANK, N.A.,**<br>Defendant. | Civil Case No. 3:10-cv-01505 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: June 13, 2012

/s/ Kevin J. McInerney
Kevin J. McInerney
*Attorney for Plaintiff*

Dated: June 13, 2012

/s/ Lindbergh Porter, Jr.
Lindbergh Porter, Jr.
*Attorney for Defendant*

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA

Honorable Edward M. Chen
United S[illegible]

**PROOF OF SERVICE**
***Edward Broderick v. Wells Fargo Bank, N.A.***
**United States District Court, Northern District of California**
**Case No. 3:10-cv-01505 EMC**

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On June 13, 2012, I served the foregoing document(s) described as:

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

on all interested parties in this action addressed to the addressee as follows:

Lindbergh Porter, Jr., Esq.
lporter@littler.com
Richard H. Rahm, Esq.
rrahm@littler.com
LITTLER MENDELSON, PC
650 California St., 22nd Floor
San Francisco, CA 94108
Telephone: (415) 433-1940
Facsimile: (415) 399-8490

James F. Clapp, Esq.
jclapp@sdlaw.com
Zachariah P. Dostart, Esq.
zdostart@sdlaw.com
DOSTART CLAPP & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
Telephone: (858) 623-4200
Facsimile: (858) 623-4299

XX By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on June 13, 2012 at Reno, Nevada.

Jennifer Smith